IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02381-LTB-CBS

HERBERT LEYBA,
    Applicant,
v.

WARDEN HARTLEY, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,
    Respondents.

---

ORDER

---

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Leyba's "Motion Requesting this Court to Take Judicial Notice of People v. Montour, 157 P.3d 489 (Colo. 2007)" (filed October 23, 2007) (doc. # 16). Pursuant to the Order of Reference dated December 12, 2006 (doc. # 5) and the memorandum dated October 26, 2007 (doc. # 17), this matter was referred to the Magistrate Judge.

    Mr. Leyba asks the court to "take judicial notice of the adjudicated determinations of State law rendered by the Colorado Supreme Court . . . ." Pursuant to Fed. R. Evid. 201, "[j]udicial notice is when a judge recognizes the truth of certain facts, which from their nature are not properly the subject of testimony, or which are universally regarded as established by common knowledge. The recognition of certain facts by the judge is proper without proof because such facts are not subject to reasonable dispute." *Meredith v. Beech Aircraft Corp.*, 18 F.3d 890, 895 (10th Cir. 1994) (footnote omitted). "Judicial notice is appropriate where a matter is 'verifiable with certainty.'" *York v. American Tel & Tel. Co.*, 95 F.3d 948, 958 (10th Cir. 1996). The "adjudicated determinations" referred to by Mr. Leyba are not appropriate for judicial notice, as they consist of legal authority, not factual matters. The court will consider all of the legal authority presented by Mr. Leyba, as

it relates to his Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. Accordingly,

IT IS ORDERED that Mr. Leyba's "Motion Requesting this Court to Take Judicial Notice . . ." (filed October 23, 2007) (doc. # 16) is DENIED as a motion.  The court will treat Mr. Leyba's "Motion Requesting this Court to Take Judicial Notice . . ." as a supplement to his "Traverse to Respondents' Answer to Show Cause Order" (doc. # 14).

Dated at Denver, Colorado this 29th day of October, 2007.

BY THE COURT:

    s/Craig B. Shaffer
United States Magistrate Judge