**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 06-cv-02381-LTB-CBS

HERBERT LEYBA,

       Plaintiff,

v.

WARDEN HARTLEY, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

       Defendants.
_____

**ORDER**
_____

       This case is before me upon the Recommendation of the Magistrate Judge that the Application for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc 2) be denied and the action dismissed with prejudice. The recommendation was issued and served on February 7, 2008 (Doc 19). Applicant has now filed timely written objections to the Magistrate Judge's recommendation (Doc 22). Applicant also filed his "Motion to Expand the Record" (Doc 23).

       I have considered the Applicant's objections and his motion to expand the record in light of the Magistrate Judge's recommendation, the record, and file in this action. Upon such *de novo* review, I conclude that the recommendation is correct. Accordingly

       IT IS ORDERED that the Application for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 is DENIED and this action is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the Applicant's Motion to Expand the Record (Doc 23) is DENIED.

BY THE COURT:

  s/Lewis T. Babcock  
Lewis T. Babcock, Judge

DATED:   March 6, 2008