IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02381-LTB-CBS

HERBERT LEYBA,

    Applicant,

v.

WARDEN HARTLEY, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondent.

## ORDER DENYING CERTIFICATE OF APPEALABILITY

Babcock, Judge

Applicant has filed a notice of appeal from this court's final order denying his Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody and dismissing the action. The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Applicant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

ORDERED that a certificate of appealability will not be issued.

DATED at Denver, Colorado this  25th  day of March, 2008.

                            BY THE COURT:

                            s/Lewis T. Babcock
                            JUDGE, UNITED STATES DISTRICT COURT
                            FOR THE DISTRICT OF COLORADO